UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE CORONADO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:09-cv-2141 |
| | § | |
| TEXAS FARMERS INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Plaintiff Jose Coronado makes and files this Designation of Expert Witnesses.

1. Robert Taylor
   270 N. Stanford Ave
   Fresno, CA 93727

Mr. Taylor is an expert that will testify regarding damage to property. Mr. Taylor will base his opinions upon his educational background, work experience, experience in liability, and the documents produced in the course of this litigation. He may also offer testimony regarding the reports prepared by individuals on behalf of Defendants which were or will be utilized by individuals adjusting this claim. He will base his opinions on his training, education, experience, review of the site reports, test data, and other documents which have been and/or will be produced in this case. Mr. Taylor's reports and current resume are being produced to all counsel.

2. John Black
   Reynolds, Frizzell, Black, Doyle, Allen & Oldham LLP
   1100 Louisiana, Suite 3500
   Houston, Texas 77002
   (713) 485-7204

Mr. Black is a senior litigation partner at Reynolds, Frizzell, Black, Doyle, Allen & Oldham LLP. He will testify about the reasonableness and necessity of Plaintiff's attorneys' fees incurred litigating this matter. Mr. Black may also testify regarding any attorneys' fees

claimed by other parties.  Mr. Black's current resume and a list of cases in which he has previously testified, are being produced to all counsel.

                Respectfully Submitted,

                ARNOLD & ITKIN LLP

                */s/ Kurt B. Arnold*

                _____
                Kurt B. Arnold
                SBN:  24036150
                1401 McKinney, Suite 2550
                Houston, Texas  77010
                Tel: 713.222.3800
                Fax: 713.222.3850

                **ATTORNEY FOR PLAINTIFF**

OF COUNSEL:

M. Paul Skrabanek
SBN: 24063005
ARNOLD & ITKIN LLP
1401 McKinney, Suite 2550
Houston, TX  77010
Tel: 713.222.3800
Fax: 713.222.3850